MAUDE MACARTHUR, Respondent, v. STATE STREET REALTY CORP., Appellant.— Defendant-appellant appeals from a judgment of the City Court of Albany in favor of plaintiff in the amount of $1,160. This judgment was rendered following the verdict of a jury in an action based on negligence. A question of fact was presented to the jury and the verdict is amply supported by credible evidence. The judgment should be affirmed. Judgment unanimously affirmed, with costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

## FIRST DEPARTMENT, MAY, 1942.
### (May 1, 1942.)

BROADCAST MUSIC, INC., and EDWARD B. MARKS MUSIC CORPORATION, Respondents, v. GENE BUCK, as President of American Society of Composers, Authors and Publishers, an Unincorporated Membership Association Consisting of More Than Seven Members, Appellant, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

SARAH M. LEA, Respondent, v. SNOWDEN E. LEA, Appellant.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of GOOD HUMOR CORPORATION (Formerly Called NEW YORK GOOD HUMOR, INC.), Petitioner, for an Order against JOSEPH D. MCGOLDRICK, as Comptroller of the City of New York (as to City Sales Taxes for 1937–1938), Respondent.— Determination confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Martin, P. J., dissents and votes to annul the determination.

SOPHIE D. COHEN, Appellant, v. JOSEPH H. HIRSHHORN, and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

BARBARA BROWN, Respondent, v. ROCKEFELLER CENTER, INC., and Another, Defendants, Impleaded with GEORGE J. ATWELL FOUNDATION CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Callahan, J., dissents and votes to reverse and dismiss the complaint.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of DENNIS O'MEARA, Respondent, v. ALBERT ABRAMSON, Appellant.— Judgment unanimously reversed, the information dismissed and the defendant discharged, on the ground that the defendant's guilt was not proved beyond a reasonable doubt. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.